STATE OF NEW JERSEY v. PETER L. HOFF.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM FRANK.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND STOVER.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CACAMIS.

January 24, 1989.

Petition for certification denied.  (See 230 *N.J.Super.* 1)

STATE OF NEW JERSEY v. JOSEPH LIBRETTI.

January 24, 1989.

Petition for certification denied.